■ STEPHEN M. KOCAN, on Behalf of Himself and JYACC, Inc., as a Shareholder Thereof, Appellant, v ROBERT ISMACH et al., Respondents. [597 NYS2d 593] —Order, Supreme Court, New York County (Diane Lebedeff, J.), entered on October 28, 1992, unanimously affirmed for the reasons stated by Lebedeff, J., with costs and with disbursements. No opinion. Concur—Carro, J. P., Rosenberger, Ellerin, Wallach and Rubin, JJ.